**STATE v. ANDERSON**

[365 N.C. 466 (2012)]

STATE OF NORTH CAROLINA v. JACKIE RAY ANDERSON

No. 382A11

(Filed 9 March 2012)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, —— S.E.2d ——, 2011 WL 3569529 (Aug. 16, 2011) (No. COA10-1573), finding error in a judgment entered on 17 May 2010 by Judge Walter H. Godwin, Jr. in Superior Court, Wilson County, and granting defendant a new trial. Heard in the Supreme Court on 14 February 2012.

*Roy Cooper, Attorney General, by Derrick C. Mertz, Assistant Attorney General, for the State-appellant.*

*Michael J. Reece for defendant-appellee.*

PER CURIAM.

AFFIRMED.